**MAYER BROWN LLP**
John Nadolenco (SBN 118128)
*jnadolenco@mayerbrown.com*
Elisabeth M. Anderson (SBN 318326)
*eanderson@mayerbrown.com*
333 South Grand Avenue, 47th Floor
Los Angeles, California 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

Attorneys for Defendant,
GENERAL MOTORS LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER DAWIDZIK, on behalf of himself and all similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 5:25-cv-02069-AB (SPx)<br><br>**DEFENDANT GENERAL MOTORS LLC'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>DATE: February 13, 2026<br>TIME: 10:00 a.m.<br>CTRM: 7B<br>JUDGE: Hon. Andre Birotte Jr<br><br>Action Filed: August 8, 2025 |

**TO THE CLERK AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on February 13, 2026 at 10:00 AM, or as soon thereafter as counsel may be heard, in Courtroom 7B, before the Honorable André Birotte Jr., United States Judge for the Central District of California, located at the First Street Courthouse, 350 W. 1st Street, Los Angeles, California 90012, Defendant General Motors LLC will and hereby does move to dismiss with prejudice the claims in the Second Amended Complaint filed by Plaintiff Peter Dawidzik under California Penal Code § 638.51 as follows: for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1); for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2); and for failure to state a claim pursuant to Federal Rule of 12(b)(6).

This Motion is based on this Notice of Motion; the supporting Memorandum of Law; the pleadings, papers, filings, and record in this action; and on such other evidence or argument as may be presented at or before the hearing.

## L.R. 7-3 Statement of Compliance

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on December 10, 2025. Counsel conferred in good faith but were unable to reach a resolution on the issues presented in this Motion. The concurrently filed declaration of Elisabeth M. Anderson sets forth the date the conference took place and the position of each party with respect to each disputed issue raised in this Motion.

Dated: December 18, 2025                    Respectfully submitted,

MAYER BROWN LLP

By: */s/ John Nadolenco*
    John Nadolenco

Attorneys for Defendant
GENERAL MOTORS LLC