JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

PETER DAWIDZIK,

    Plaintiff,

    v.

GENERAL MOTORS LLC,

    Defendants.

Case No. 5:25-cv-02069-AB (SPx)

**ORDER DISMISSING CIVIL ACTION**

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. All hearings and deadlines are VACATED. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: March 17, 2026

_____

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1